Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Margaret Lambrose
Assistant Federal Public Defender
Nevada Bar No. 11626
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Maggie_Lambrose@fd.org

*Attorney for Petitioner Thomas Cash

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Thomas Cash,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Calvin Johnson, *et al.*,<br><br>　　　　Respondents. | Case No. 2:22-cv-01345-RFB-DJA<br><br>**Unopposed Motion for Extension of Time to File First Amended Petition**<br><br>(First Request) |

　　　　Petitioner Thomas Cash, by and through counsel, Margaret Lambrose, Assistant Federal Public Defender, moves this Court for an extension of time of 90 days from May 8, 2023, to and including August 4, 2023, to file the First Amended Petition.

**POINTS AND AUTHORITIES**

Thomas Cash filed a Petition on or about January 4, 2023.[1] This Court subsequently appointed the Federal Public Defender to represent Mr. Cash and directed counsel to file an Amended Petition on his behalf.[2] The Amended Petition is currently due on May 8, 2023.[3]

Undersigned counsel entered her appearance on March 7, 2023[4] and now requests an additional 90 days, up to and including August 8, 2023, to file the Amended Petition. This is the first request for an extension of time.

The additional period of time is necessary in order to effectively represent Mr. Cash. This motion is filed in the interests of justice and not for the purposes of unnecessary delay.

Since being appointed to this case, counsel's office has been in the process of obtaining and organizing the state court records, transcripts, as well as prior counsels' files. Once everything is received, in accordance with our filing system and procedures, these materials need to be sorted, organized, scanned, and coded into our electronic case system. Undersigned counsel must then review all of these materials and determine what issues are exhausted and which should be raised in the Amended Petition. Counsel is still in the process of reviewing these materials.

Additionally, counsel is acting diligently. Counsel was assigned to this case in March of this year and has already traveled to Lovelock State Prison to meet with

---

[1] ECF No. 8.
[2] ECF Nos. 7 & 12.
[3] ECF No. 7.
[4] ECF No. 13.

Mr. Cash in-person to discuss various aspects of this case, including investigation that must be completed prior to filing the Amended Petition.

On May 5, 2023, Deputy Attorney General Katrina A. Lopez was contacted via email and stated that she did not object to the extension, but the lack of objection should not be construed as a waiver of any procedural defenses, nor as a concession that any amended petition will be considered timely filed, nor as a basis for equitable tolling.

For the above stated reasons, Mr. Cash respectfully requests this Court grant an extension of time of 90 days and order the Amended Petition to be filed on or before August 8, 2023.

Dated May 8, 2023

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Margaret Lambrose*
Margaret Lambrose
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 9th day of May, 2023.

3