# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS CASH, | Case No.: 2:22-cv-01345-RFB-DJA |
| Petitioner | **Order Granting Extension of Time to File Amended Petition to November 6, 2023** |
| v. | |
| CALVIN JOHNSON, *et al.*, | (ECF No. 16) |
| Respondents. | |

Thomas Cash asks the court for an extension to file an amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 16.) Good cause appearing,

IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time to file an amended petition **(ECF No. 16) is GRANTED** nunc pro tunc. **The deadline to file the amended petition is extended to November 6, 2023.**

DATED: 10 August 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE