**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS CASH, | Case No.: 2:22-cv-01345-RFB-DJA |
| Petitioner | **Order Granting Extension of Time to File Amended Petition to** |
| v. | **January 5, 2024** |
| CALVIN JOHNSON, *et al.*, | (ECF No. 18) |
| Respondents. | |

Thomas Cash asks the court for an extension to file an amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 18.) Good cause appearing,

IT IS THEREFORE ORDERED that petitioner's unopposed third motion for extension of time to file an amended petition **(ECF No. 18) is GRANTED** *nunc pro tunc.* The deadline to file the amended petition is extended to **January 5, 2024**.

**DATED** this 12th day of December 2023.

RICHARD F. BOULWARE, II
**UNITED STATES DISTRICT JUDGE**