# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS CASH,<br><br>    Petitioner<br><br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>    Respondents. | Case No.: 2:22-cv-01345-RFB-DJA<br><br>**Order Granting Extension of Time to File Amended Petition to**<br>**February 20, 2024**<br><br>(ECF No. 20) |

Thomas Cash asks the court for an extension to file an amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 20.) Good cause appearing,

IT IS ORDERED that petitioner's unopposed fourth motion for extension of time to file an amended petition **(ECF No. 20) is GRANTED** *nunc pro tunc.* **The deadline to file the amended petition is extended to February 20, 2024.**

**DATED:** 8 January 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**