# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS CASH, | Case No.: 2:22-cv-01345-RFB-DJA |
| Petitioner | **Order Granting Extension of Time to File Response to Amended Petition to** |
| v. | **June 4, 2024** |
| CALVIN JOHNSON, *et al.*, | (ECF No. 24) |
| Respondents. | |

Respondents ask for an extension of time to file a response to Thomas Cash's amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 24.) Good cause appearing,

IT IS ORDERED that respondents' unopposed motion for extension of time to file a response to the amended petition **(ECF No. 24) is GRANTED** *nunc pro tunc.* **The deadline to file a response is extended to June 4, 2024.**

**DATED:** 10 April 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**