**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS CASH, <br><br> Petitioner <br><br> v. <br><br> CALVIN JOHNSON, *et al.*, <br><br> Respondents. | Case No.: 2:22-cv-01345-RFB-DJA <br><br> **Order Granting Extension of Time to File Opposition to Motion to Dismiss to August 5, 2024** <br><br> (ECF No. 34) |

Thomas Cash asks for an extension to file an opposition to respondents' motion to dismiss his amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 34.) Good cause appearing,

IT IS ORDERED that petitioner's motion for extension of time to file an opposition to the motion to dismiss **(ECF No. 34) is GRANTED** *nunc pro tunc.* **The deadline to file an opposition is extended to August 5, 2024.**

DATED: 27 June 2024.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE