# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS CASH, | Case No.: 2:22-cv-01345-RFB-DJA |
| Petitioner, | |
| v. | **ORDER** |
| CALVIN JOHNSON, *et al.*, | |
| Respondents. | |

Thomas Cash asks for an extension to file an opposition to respondents' renewed motion to dismiss his amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 41.) Good cause appearing, the motion is granted. The Court notes that, absent extraordinary circumstances, it is unlikely to grant any further extension.

**IT IS ORDERED** that petitioner's unopposed motion for extension of time to file an opposition to the renewed motion to dismiss (ECF No. 41) is **GRANTED** *nunc pro tunc*. **The deadline is extended to May 19, 2025**.

**DATED**: April 14, 2025.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE