**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| THOMAS CASH,<br><br>               Plaintiff,<br><br>    v.<br><br>CALVIN JOHNSON, *et al*.,<br><br>              Defendants. | Case No. 2:22-cv-01345-RFB-DJA<br><br>**ORDER** |

       Respondents filed a Motion to Dismiss Thomas Cash's amended 28 U.S.C. § 2254 habeas corpus petition. ECF No. 40. Cash opposed, and Respondents replied. ECF Nos. 43, 44. Cash, through his counsel the Federal Public Defender (FPD), has now filed a Motion for Leave to File a Supplemental Opposition to the Motion to Dismiss. ECF No. 45. The FPD explains that Cash's Opposition inadvertently failed to address Respondents' arguments regarding the exhaustion of certain claims and the cognizability of one ground because the litigation to date had centered on relation back. The Court finds good cause under Local Rule 7-2(g) and grants the Motion.

       Therefore, **IT IS ORDERED** that Petitioner's Motion for Leave to File a Supplemental Opposition to the Motion to Dismiss (ECF No. 45) is **GRANTED**. The supplemental opposition is due on or before **July 7, 2025**.

       **IT IS FURTHER ORDERED** that Respondents may file a supplemental reply, if any, within 14 days of service of the supplemental opposition.

       **DATED:** June 27, 2025.

 

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**