# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS CASH, | Case No. 2:22-cv-01345-RFB-DJA |
| Petitioner, | **ORDER** |
| v. | |
| GABRIELA NAJERA, *et al.*, | |
| Respondents. | |

Respondents seek a 60-day extension of time to file their response to Petitioner's Petition for Writ of Habeas Corpus. See ECF No. 51. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

Therefore, **IT IS HEREBY ORDERED** that Respondents' first Unopposed Motion for Enlargement of Time (ECF No. 51) is **GRANTED**.

**IT IS FURTHER ORDERED** that Respondents' response to the petition is due on or before **July 28, 2026**.

**DATED:** April 20, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**