**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

THOMAS CASH,

Petitioner,

v.

GABRIELA NAJERA, *et al.*,

Respondents.

Case No. 2:22-cv-01345-RFB-DJA

**ORDER**

Petitioner seeks a 60-day extension of time to file a reply in support of his petition for a writ of habeas corpus. See ECF No. 57. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion. See Fed. R. Civ. P. 6(b); D. Nev. R. LR IA 6-1.

Therefore, **IT IS HEREBY ORDERED** that Petitioner's first Unopposed Motion for Enlargement of Time (ECF No. 57) is **GRANTED**.

**IT IS FURTHER ORDERED** that Petitioner's reply is due on or before **November 9, 2026**.

**DATED:** September 14, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**